ROGERS, Circuit Judge,
dissenting.
I would affirm for the reasons given in the district court’s thorough and balanced opinion.
Even assuming that the district court on balance abused its discretion in this close case, I would direct the district court to remand to LINA, so that LINA could more directly address the SSA award, and so that LINA could obtain a further file review by a physician who has physically examined Mr. Calhoun. Under our test for the proper remedy as described in Cooper v. Life Ins. Co. of N. Am., 486 F.3d 157, 171 (6th Cir. 2007), the primary reasons for the majority’s finding of an abuse of discretion go to “the integrity of the plan’s decision-making process,” and not to show that Mr. Calhoun was “clearly entitled” to benefits.